# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 22, 2024

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

      No. 23-30746    Lafayette City-Parish v. USA
                             USDC No. 6:22-CV-1127

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705

cc w/encl:
    Ms. Amy Collier
    Mrs. Jennifer Bailey Frederick
    Mr. Michael J. O'Shee
    Mr. Patrick Stephen Ottinger
    Mr. Steven M. Oxenhandler

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 22, 2024
Lyle W. Cayce
Clerk

No. 23-30746
_____

Lafayette City-Parish Consolidated Government,

*Plaintiff—Appellant*,

*versus*

United States of America; Government of St. Martin Parish,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-1127

_____

CLERK'S OFFICE:

     Under Fed. R. App. P. 42(b), the appeal is dismissed as of March 22, 2024, pursuant to appellant's motion.

No. 23-30746

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Mar 22, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**